IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Barry Lee Taggart, Jr. | : | Chapter 13 |
| | : | Case No.: 23-12637-mdc |
| Debtor(s) | : | |

### ENTRY / WITHDRAW OF APPEARANCE

TO THE COURT:

As of the date listed below, please enter my appearance as Pro Se, in the above-captioned matter.

Date: 3/7/24

Barry Lee Taggart, Jr.

As of the date listed below, please withdraw my appearance as Counsel for the Debtor in the above-captioned matter.

Date: 3/7/24

Brad Sadek, Esquire
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
215-545-0008
Fax : 215-545-0611
Email: brad@sadeklaw.com